In the Matter of the Judicial Settlement of the Accounts of SIMON N. STEIN, as Executor, etc., of LOUIS N. STEIN, Deceased, Appellant. JULIUS S. BERKMAN, Respondent.

*Executors and administrators — claims against estate — allowance of claim for medical services to testators.*

Appeal from a decree of the Surrogate's Court of Monroe county, entered in the office of said Surrogate's Court on July 17, 1924, allowing a claim for medical services to testator.

Decree affirmed, with costs. All concur, except Sears, J., who dissents in a memorandum. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SEARS, J. (dissenting): The plaintiff's case rests wholly upon admissions of the testator to the effect that he was paying the claimant $10,000 a year for his

services. The finding of a contract to that effect from such admissions is, I believe, contrary to the weight of the evidence in view of the following circumstances: 1. There was an absence of written proof. (*Rosseau* v. *Rouss*, 180 N. Y. 116.) 2. The services continued for upwards of six years without commensurate payments. (*Sheldon* v. *Sheldon*, 133 N. Y. 1.) 3. When claimant asked testator for a substantial payment testator refused it, became angry, and finally paid claimant much less than he had asked. 4. When, according to Miss O'Connell, testator said that he had provided for claimant in his will, testator had already made a will containing no such provision and afterwards actually made a codicil containing no such provision. 5. A contract such as has been found in this case is unusual. I, therefore, am of opinion that the decree should be reversed upon the facts.